IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL KEVIN HORN**                                     **PLAINTIFF**

**V.**                     **CASE NO. 4:11CV00041 JMM**

**MANITEX, INC., ET AL.**                                   **DEFENDANT**

### ORDER

Based upon the Amended Joint Rule 26(f) Report, the August 30, 2011, Final Scheduling Order is amended to state that the deadline for adding parties and amending pleadings is February 15, 2012.

IT IS SO ORDERED THIS  7  day of  December , 2011.

_____
James M. Moody
United States District Judge