IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MICHAEL KEVIN HORN**                                                                      **PLAINTIFF**

VS.                                         CASE NO.  4:11CV00041 JMM

**MANITEX, INC., ET AL.**                                                           **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that Plaintiff's complaint is dismissed with prejudice.

**IT IS SO ORDERED THIS   5   day of   June  , 2012.**

_____
**James M. Moody**
**United States District Judge**